IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JIMMY DAVIS, # 51030**                                              **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO. 4:09-cv-123-HTW-LRA**

**KAREN CLARK AND**
**UNKNOWN BAKER**                                           **DEFENDANTS**

FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the order of dismissal issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 29th day of September, 2009.

                                  **s/ HENRY T. WINGATE**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**